UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-280 (PLF) |
| | : | |
| TYREN HYMAN, | : | |
| | : | |
| Defendant | : | |

**MOTION TO STRIKE CASE NUMBERS AND
REFERENCE TO U.S. DISTRICT COURT CONTAINED IN THE INDICTMENT**

Mr. Tyren Hyman, the defendant, through undersigned counsel, respectfully moves this Honorable Court to strike any reference to the type of court in which his prior convictions occurred and any reference to a particular case number as stated in Count One of the indictment.

**DISCUSSION**

Pursuant to Rule 7 (d) of the Federal Rules of Criminal Procedure, this Court may "strike surplusage from the indictment." Although motions to strike surplusage from an indictment are disfavored in this Circuit, *see* United States v. Jordan, 626 F.2d 928, 930 n.1 (D.C. Cir. 1980), this Court has discretion to grant such a motion, *see* United States v. Rezaq, 134 F.3d 1121, 1134 (D.C. Cir. 1998) and *also* 1 Wright & Miller, Fed. Prac. & Proc. Crim. 3d § 127, Amendment of Indictment; Surplusage (1999). If the surplusage is "not relevant to the charge, inflammatory, and prejudicial" than a motion to strike the surplusage should be granted. United States v. Rezaq, 134 F.3d 1121, 1134 (D.C. Cir. 1998); *see also* United States v. Watt, 911 F.Supp. 538, 554 (D.D.C. 1995) (motion to strike should be granted when the allegations "are not relevant to the charge and are inflammatory and prejudicial.").

Because the jurors will learn that Mr. Hyman has been previously convicted for a crime

punishable by imprisonment for a term exceeding one year, it will be highly prejudicial to him if the jury is presented with the indictment referencing that his prior conviction occurred in the United States District Court for the District of Columbia - the same court in which they will sit. In addition, it will be highly prejudicial to Mr. Hyman if the jury is presented with two separate case numbers, which indicate two separate charges of criminal conduct. The specific court and case numbers are not necessary to describe an essential element of this offense.

## CONCLUSION

For the reasons stated above, Mr. Hyman respectfully requests that this Court strike from the indictment, as surplusage, the name of the court and the case numbers associated

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Cr. No. 07-280 (PLF)** |
| | : | |
| **TYREN HYMAN,** | : | |
| | : | |
| **Defendant** | : | |

ORDER

Upon consideration of Defendant's Motion to Strike and finding good cause shown, it is this ___ day of _____, 2008, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE