UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 07-0280 (PLF) ) |
| TYREN DEVIN HYMAN, | ) ) ) |
| Defendant. | ) ) |

ORDER

This matter came on for hearing on the defendant's motion to suppress tangible evidence. The Court considered the briefs and the oral arguments of the parties and the testimony of Officer Michael Architzel. For the reasons stated in open court, the motion to suppress is hereby DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 7, 2008