UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-280 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **TYREN DEVIN HYMEN,** | : | |
| | : | |
| **Defendant** | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate United States Attorney Patricia Stewart's name from the above case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

　　　　　　　　/s/
Patricia Stewart
Assistant United States Attorney
555 4th Street, N.W.  #4247
Washington, DC 20530
(202) 514-7064
Patricia.Stewart@usdoj.gov