UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                       )      Criminal No. 07-0280 (PLF)<br>)<br>TYREN DEVIN HYMAN,         )<br>)<br>Defendant.              )<br>) | |

ORDER

The Court will hear oral argument on all pending motions at the status conference scheduled for June 19, 2008 at 9:30 a.m.  Trial in this matter is scheduled for July 7, 2008 at 9:30 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 18, 2008