UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  07-280 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **TYREN HYMAN,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney B. Patrick Costello, Jr., at telephone number (202) 514-7364 and/or email address B.Patrick.Costell@usdoj.gov . B. Patrick Costello, Jr. will substitute for Assistant United States Attorney Jean Sexton  as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610


        _____**/s/**_____
        B. PATRICK COSTELLO, JR
        Assistant United States Attorney
        Federal Major Crimes Section,
        555 4th Street, NW,  Room 4235
        Washington, DC 20530
        (202) 514-7364
        B.Patrick.Costello@usdoj.gov