UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-280 (PLF) |
| | : | |
| **TYREN HYMAN,** | : | |
| | : | |
| **Defendant** | : | |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

The Defendant, Tyren Hyman, through undersigned counsel, respectfully requests that the following Jury Instructions from the <u>Criminal Jury Instructions for the District of Columbia</u>, "Red Book" be given at the conclusion of the trial in this case:[1]

**I.    General Instructions**

    1.02    Notetaking

    1.03     Preliminary Instruction Before Trial

    1.04A  Stipulation of Fact

    1.07    Question Not Evidence

    1.08    Expert Testimony (if applicable)

    1.10    Evaluation of Prior Inconsistent Statement of a Witness

    1.11    Evaluation of Prior Consistent Statement of a Witness

    1.12    Impeachment by Proof of Conviction of a Crime - Witness

    1.13    Impeachment by Proof of Conviction of a Crime - Defendant

    1.14    Impeachment of Defendant - Statements

---

[1] Mr. Hyman also reserves his right to submit a theory-of-defense instruction, to propose additional instructions based upon the evidence at trial, and to revise these instructions if necessary.

1.22  A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01  Function of the Court

2.02  Function of the Jury

2.03  Jury's Recollection Controls

2.04  Evidence in the Case

2.05  Statements of Counsel

2.06  Indictment is not Evidence

2.07  Inadmissible and Stricken Evidence

2.08  Burden of Proof – Presumption of Innocence

2.09  Reasonable Doubt (<u>Smith v. United States</u> 709 A.2d 78 (D.C. 1998))

2.10  Direct and Circumstantial Evidence

2.11  Credibility of Witnesses

2.14  Nature of the Charges not to be Considered

2.26  Police Officer's Testimony

2.27  Failure of Defendant to Testify

2.28  Defendant as Witness

II.   **Instructions Concerning Charged Offenses**

   A.   **Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year - 18 U.S.C. § 922(g)(1)**

   Mr. Tyren Hyman is charged in Count One of the indictment with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.  In order for the defendant to be found

guilty of the charge the government must prove each of the following three elements beyond a reasonable doubt:

 One:  Mr. Tyren Hyman knowingly possessed the firearm described in Count One of the indictment;

 Two:  Mr. Tyren Hyman has, prior to September 18, 2007, been convicted of a crime punishable by imprisonment for a term exceeding one year; and

 Three:  The firearm was shipped, transported or delivered through interstate or foreign commerce into the District of Columbia at some point prior to September 18, 2007.

III. **Definitions and Proof**

 3.02 Proof of State of Mind

 3.07 "On or About" – Proof of

 3.08 Possession - Defined - A

IV. **Defenses**

 5.01 Defendant's Theory of the Case

 5.06 Identification

V. **Closing Instructions**

 2.70 Redacted Documents and Tapes (if applicable)

 2.71 Election of a Foreperson

 2.72 Unanimity

 2.73 Exhibits During Deliberations

 2.75 Communications Between Court and Jury

2.76    Furnishing Jury With Copy of Instructions

                                    Respectfully submitted,

                                    A.J. KRAMER
                                    FEDERAL PUBLIC DEFENDER

                                    /s/
                                  _____
                                  Dani Jahn
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W.
                                  Suite 550
                                  Washington, D.C.  20004
                                  (202) 208-7500