UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-280(PLF)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **TYREN HYMAN** | : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Elisabeth Poteat, telephone number (202)514-7067.  This is also notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

_____/s/_____
S. Elisabeth Poteat
Assistant United States Attorney
D.C. Bar No. 420-604
Narcotics Section
555 4th Street, N.W.  #4106
Washington, DC 20001
(202) 514-7067; Fax: 616-2296
E-mail: Elisabeth.S.Poteat@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing upon counsel for the defendant on this 2nd day of September, 2008.

_____/s/_____
Elisabeth Poteat
Assistant United States Attorney